**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2460**

In re:  RAYMOND GARFIELD BUTLER,

           Petitioner.

On Petition for Writ of Mandamus. (1:08-cr-00442-JFM-4; 1:13-cv-03804-JFM)

Submitted:  September 6, 2018                    Decided:  September 11, 2018

Before WILKINSON and DUNCAN, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Raymond Garfield Butler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Garfield Butler petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his Fed. R. Civ. P. 60(b) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has ruled on the Rule 60(b) motion. Accordingly, because the district court has recently decided Butler's case, we deny the mandamus petition as moot. We deny Butler's motion for appointment of counsel as moot and grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2